✎AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | INDIANA |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For **Revocation** of Probation or Supervised Release) |

| | |
|---|---|
| RODERICK A. WALKER | Case Number:    1:06CR00125-001 |
| | USM Number:    08302-028 |
| | Michael Donahue |
| | Defendant's Attorney |

## THE DEFENDANT:

X  admitted guilt to Violation Number(s)    1-3    of the term of supervision.

☐  was found in violation of Violation Number(s)    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug use | 5/22/12 |
| 2 | Drug use | 5/22/12 |
| 3 | Frequenting places illegal drugs used/sold | 5/22/12 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s)    4    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:    3710 | 9/7/2012 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:    1961 | |
| | *[signature]* |
| City and State of Defendant's Residence: | |
| | Signature of Judicial Officer |
| Indianapolis, IN | |

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By *[signature]*
Deputy Clerk

Honorable Larry J. McKinney, Senior U.S. District Court Judge
Name and Title of Judicial Officer

September 14, 2012
Date

Judgment — Page __2__ of __2__

DEFENDANT:          RODERICK A. WALKER
CASE NUMBER:       1:06CR00125-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
total term of :      12 months

X     The court makes the following recommendations to the Bureau of Prisons:
      That the defendant be designated to the facility in Terre Haute, Indiana.

X     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

      ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

      ☐   as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐   before 2 p.m. on _____ .

      ☐   as notified by the United States Marshal.

      ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____   to _____

a _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL